1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   FELIX ROLANDO HERNANDEZ,            1:12-cv-0785-AWI-DLB (HC)

12          Petitioner,                  ORDER GRANTING RESPONDENT'S
                                         FIRST MOTION FOR EXTENSION OF
13     vs.                               TIME TO FILE RESPONSIVE PLEADING

14   ANTHONY HEDPETH,                    (DOCUMENT #16)

15          Respondent.                  THIRTY DAY DEADLINE

16   _____/

17          Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. § 2254.  On September 7, 2012, respondent filed a motion to extend time to file

19   responsive pleading.  Good cause having been presented to the court and GOOD CAUSE

20   APPEARING THEREFOR, IT IS HEREBY ORDERED that:

21          Respondent is granted thirty days from the date of service of this order in which to file

22   responsive pleading.

23

24

25          IT IS SO ORDERED.

26   Dated:   September 10, 2012          _____/s/ Dennis L. Beck_____
                                         UNITED STATES MAGISTRATE JUDGE
27

28