IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ROLANDO HERNANDEZ, | 1:12-cv-0785-AWI-DLB (HC) |
| Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF |
| vs. | TIME TO FILE RESPONSIVE PLEADING |
| ANTHONY HEDPETH, | (DOCUMENT #16) |
| Respondent. | THIRTY DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 7, 2012, respondent filed a motion to extend time to file responsive pleading. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file responsive pleading.

IT IS SO ORDERED.

Dated:   September 10, 2012              /s/ Dennis L. Beck
                                      UNITED STATES MAGISTRATE JUDGE