# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX ROLANDO HERNANDEZ, | ) Case No.:1:12-cv-00785-AWI-SAB (HC) |
| Plaintiff, | ) ORDER DIRECTING RESPONDENT TO |
| | ) SUBMIT THE CLERK'S TRANSCRIPT OF |
| vs. | ) THE STATE COURT RECORD |
| ANTHONY HEDGPETH, | ) (ECF. No. 18) |
| Defendant | ) |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On October 8, 2012, Respondent filed a motion to dismiss the instant petition for failure to exhaust the state court remedies.  Petitioner filed an opposition on December 10, 2012. Respondent did not file a reply.

In the motion to dismiss, Respondent cites to the Clerk's Transcript of the state court record, however, the transcript was not submitted to the Court for review.  Accordingly,

IT IS HEREBY ORDERED that within **five (5)** days from the date of service of this order, Respondent shall submit the Clerk's Transcript of record.

IT IS SO ORDERED.

Dated:  __January 17, 2013__          _____/s/ Stanley A. Boone__
                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28