**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FELIX ROLANDO HERNANDEZ,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH,<br><br>　　　　Respondent. | Case No.: 1:12-cv-00785-AWI-SAB (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION REGARDING RESPONDENT'S MOTION TO DISMISS PETITION, GRANTING PETITIONER LEAVE TO FILE AN AMENDED PETITION, AND DIRECTING CLERK OF COURT TO FILE SECOND AMENDED PETITION LODGED ON JUNE 7, 2013<br><br>(ECF Nos. 18, 25, 31) |

　　Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　On October 18, 2012, Defendant filed a motion to dismiss (Doc. No. 18). On February 7, 2013, the Magistrate Judge issued a Findings and Recommendation that the Motion to Dismiss be DENIED, and Petitioner be granted leave to file a second amended petition. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued February 7, 2013 (Doc. No. 25), is ADOPTED IN FULL;
2. The Motion to Dismiss (Doc. No. 18) is DENIED;
3. The Clerk of Court is directed to file the second amended petition lodged on June 7, 2013 (Doc. No. 31); and
4. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  June 19, 2013

SENIOR DISTRICT JUDGE